```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 22958
    BOBBY WILLIAMS
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

          Debtor
    SSN XXX-XX-8739


------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
      The case was filed on 12/06/2007 and was confirmed 03/10/2008.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors  48.00%.

      The case was dismissed after confirmation 08/04/2008.
------------------------------------------------------------------------
CREDITOR NAME               CLASS          CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                             PAID         PAID
------------------------------------------------------------------------
PEAK 5                    SECURED VEHIC    16718.59         116.34       1415.28
DELL FINANCIAL SERVICES   SECURED               .00            .00           .00
JEFFERSON CAPITAL SYSTEM  UNSECURED           725.92           .00         40.82
ARROW FINANCIAL SERVICES  UNSECURED         NOT FILED          .00           .00
ARROW FINANCIAL SERVICES  UNSECURED         NOT FILED          .00           .00
ARROW FINANCIAL SERVICES  UNSECURED         NOT FILED          .00           .00
FAIRLANE CREDIT           UNSECURED         14974.24           .00           .00
CONDOR CAPITAL CORP       UNSECURED          3316.36           .00           .00
PORTFOLIO RECOVERY ASSOC  UNSECURED           272.75           .00           .00
CROSS COUNTRY BANK        UNSECURED         NOT FILED          .00           .00
ECMC                      UNSECURED          3531.86           .00           .00
FIRST PREIMER BANK        UNSECURED         NOT FILED          .00           .00
FIRST PREIMER BANK        UNSECURED         NOT FILED          .00           .00
FIRST PREIMER BANK        UNSECURED         NOT FILED          .00           .00
FI STUDENT LN             UNSECURED         NOT FILED          .00           .00
FORD MOTOR CREDIT CORPOR  NOTICE ONLY       NOT FILED          .00           .00
AMERICASH LOANS LLC       UNSECURED          1747.80           .00           .00
MEDICAL COLLECTION        UNSECURED         NOT FILED          .00           .00
MEDICAL COLLECTION        UNSECURED         NOT FILED          .00           .00
AAFES/MIL STAR/EXCHANGE   UNSECURED          7742.09           .00           .00
PORTFOLIO RECOVERY ASSOC  UNSECURED           252.59           .00           .00
NCO FIN/22                UNSECURED         NOT FILED          .00           .00
NICOR GAS                 UNSECURED           973.62           .00           .00
PARK DANSAN               UNSECURED         NOT FILED          .00           .00
RJM ACQUISITIONS          UNSECURED            70.68           .00           .00
ROBERT FUNKHOUSER         UNSECURED         NOT FILED          .00           .00
STATE OF GEROGIA DEPT OF  UNSECURED          3441.73           .00           .00
BASS & ASSOCIATES         UNSECURED           523.84           .00           .00
CONDOR CAPITAL CORP       SECURED VEHIC     7150.00          52.48         277.51
LUTHERAN GENERAL HOSPITA  UNSECURED          1907.24           .00           .00
B-REAL LLC                UNSECURED           790.49           .00           .00
ROUNDUP FUNDING LLC       UNSECURED          1952.26           .00           .00

                   PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 22958 BOBBY WILLIAMS
```

```
D PATRICK MULLARKEY         NOTICE ONLY    NOT FILED              .00           .00
INTERNAL REVENUE SERVICE    PRIORITY       NOT FILED              .00           .00
INTERNAL REVENUE SERVICE    NOTICE ONLY    NOT FILED              .00           .00
US ATTY FOR NORTHERN DIS    NOTICE ONLY    NOT FILED              .00           .00
ROUNDUP FUNDING LLC         UNSECURED         387.91              .00           .00
PORTFOLIO RECOVERY ASSOC    UNSECURED        2246.28              .00           .00
KONSTANTINE T SPARAGIS      DEBTOR ATTY      3,149.00                            .00
TOM VAUGHN                  TRUSTEE                                           157.57
DEBTOR REFUND               REFUND                                              .00
```

       Summary of Receipts and Disbursements:
```
---------------------------------------------------------------------------
                      RECEIPTS              DISBURSEMENTS
---------------------------------------------------------------------------
TRUSTEE              2,060.00

PRIORITY                                          .00
SECURED                                      1,692.79
    INTEREST                                   168.82
UNSECURED                                       40.82
ADMINISTRATIVE                                    .00
TRUSTEE COMPENSATION                           157.57
DEBTOR REFUND                                     .00
                   ---------------       ---------------
TOTALS               2,060.00                2,060.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 11/19/08                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE




                        PAGE   2
         CASE NO. 07 B 22958 BOBBY WILLIAMS